COURT OF CRIMINAL APPEALS OF TEXAS
Office of The Clerk.
P.O. Box 12308 - Capitol Station
Austin, Texas 78711

FEBRUARY 09TH 2015

62,000-07

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

Ex Parte:

GEORGE ROY BROWN, SR.
Pro Se,

-vs-

THE STATE OF TEXAS

In The 128TH Judicial District

Court, Orange County

Orange, Texas

Re: Brown, George Roy Sr.
CCA No. WR-62,000-07
Trial Court Case No. A010583FR

MOTION DENIED
DATE: 2-18-15
BY: PC

MOTION FOR PROTECTION AGAINST ILLEGAL AND UNETHICAL
CONDUCT, IN THE 128TH JUDICIAL DISTRICT COURT:

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, GEORGE ROY BROWN, SR. Applicant In Pro Se,
A Legally Incompetent Defendant And Filed This Motion
For Protection Against Illegal And Unethical Documents And
Conduct In The 128TH Judicial District Court ORANGE COUNTY
ORANGE, TEXAS And Will Show Unto The Court The Following
Illegal And Unethical Documents, And The Court Conduct And
Behavior Toward Applicant BROWN; AND Incompetent Defendant:

Page 1. of 3.

"Precipitately. A," The records show that The 128th Judicial District Court Orange County. Texas have Knowingly And Intentionally With Malice, USE "Illegal and unethical" Documents. Conduct In Applicant Brown's Writ of Habeas Corpus That Was Filed On December 18th 2014

The 128th Judicial District Court Orange County, Texas have disregarded Their ethical duties."

1. Applicant Brown, Never received A Facts Finding And Conclusion of Law From His Writ of Habeas Corpus That Was Filed On December 18th 2014,

2. The Documents That Applicant Brown have received From The 128th Judicial District Court Orange County, Texas are "Illegal And Unethical Documents."

   a) Exhibit- I. The envelope The document Came In Is not Legal Mail... No Court HEADING.:

   b) Exhibit- II. The Document Is Illegal and unethical, The Letter have no Court Letterheading on It, And no one Signature on IT...

   c) Exhibit- III, Applicant Brown Again received a Illegal Document, No DATE To when It Was Written No Letterheading, No One Signature... Illegal and unethical Documents and Conduct Toward Applicant; GEORGE ROY BROWN, SR.. From The Trial Court:

Page 2. of 3.

"Specifically. B." The records Show That The 128th Judicial District Court Orange County, Texas Had Only ONE Thing In Mind. Convicted Applicant Brown...

The Conviction of A Legally Incompetent Defendant "Violates Due Process." The Trial Court had before IT Evidences That Applicant Brown Was In Fact Incompetent. However, The State Fail Too Allow Applicant Brown A Competency Hearing: A Violation To his Due Process Rights; Provided For In The 14th Amendment of The U.S. Constitution To A fair Trial.:

However, These Illegal and unethical Documents do In Fact Show That The 128th Judicial District Court's Conduct In Applicant Brown's Trial Was "Illegal and unethical" The State Fail To do Their Duties:

## Prayer.

I George Roy Brown, Sr.. respectfully Prays That The Honorable Judge of The Court of Criminal Appeals of Texas Grant This Motion and Appoint Applicant Brown A Counsel; To Protect his Rights. Applicant Brown is in Fact Incompetent. With A Court order Guardian at The Time of his Proceeding:

Respectfully Submitted,

George Roy Brown, Sr.
GEORGE ROY BROWN, SR..
PRO SE,

Page 3. of 3.

*EXHIBIT – II,*

GEORGE ROY BROWN, SR #1098499          DECEMBER 18, 2014
WILLIAM P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

APPELLANT:    GEORGE ROY BROWN, SR
CAUSE NO:     A010583FR

Dear Sir:

We are, this date, DECEMBER 18, 2014 forwarding your Writ of Habeas
Corpus to the Court of Criminal Appeals in Austin, Texas.

Should you have any further questions, please feel free to contact the Court
of Criminal Appeals at the following address:

> Court of Criminal Appeals
> State of Texas
> Box 12308
> Capitol Station
> Austin, Texas  78711-2308

Thank you,

District Clerk
Orange County, Texas

GEORGE ROY BROWN, SR
ID # 1098499  CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TX 79107

APPELLANT:     GEORGE ROY BROWN, SR
CAUSE NO:      A010583FR

Dear Sir:

As our letter to you dated December 18, 2014 stated, we have forwarded your Writ of Habeas Corpus to the Court of Criminal Appeals. We have not received any correspondence from them other than informing us that they had received it. You will be notified by them when they have completed their review.

Should you have any further questions, please feel free to contact the Court of Criminal Appeals at the following address:

> Court of Criminal Appeals
> State of Texas
> Box 12308
> Capitol Station
> Austin, Texas  78711-2308

Thank you,

District Clerk
Orange County, Texas